UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Civil No. 26-cv-10384
Honorable Stephen J. Murphy, III

vs.

$181,882.25 seized from
Chase Bank account xxxxx6128 et al,

Defendants *in Rem*.

---

**Motion and Incorporated Brief for Substitution of Assistant United States Attorney**

---

Plaintiff, the United States of America, by and through JEROME F. GORGON JR., United States Attorney for the Eastern District of Michigan, and Adriana Dydell, Assistant United States Attorney, moves for an order terminating former Assistant United States Attorney Catherine Morris as counsel for Plaintiff and substituting Assistant United States Attorney Adriana Dydell as Plaintiff's counsel in this case pursuant to Local Rule 83.25(b)(2).

Pursuant to Local Rule 7.1, Plaintiff sought concurrence in the requested relief by email from Mohamed J. Zaher, counsel for Claimants Karar Al Bayati, Al Rada Bakery, LLC, and Sarah Ikrabat. Mohamed J. Zaher has concurred in this

motion.

**BRIEF IN SUPPORT**

Plaintiff, the United States of America ("Plaintiff") filed the captioned civil *in rem* forfeiture action on February 3, 2026 (ECF No. 1). Former Assistant United States Attorney Catherine Morris represented the Plaintiff and her last day with the United States Attorney's Office for the Eastern District of Michigan was August 7, 2026. The captioned civil *in rem* forfeiture action has now been re-assigned to Assistant United States Attorney Adriana Dydell.

Pursuant to Local Rule 83.25, substitution of counsel may not occur by filing a notice of substitution with the Court. Rather, the Court must enter a substitution order allowing the withdrawal. Local Rule 83.25 provides:

LR 83.25 Attorney's Appearance

> (a) **Appearance**. An attorney must appear before representing a person or a party, except for practice permitted under LR 83.20(i)(1)(D). An attorney appears and becomes an attorney of record by filing a pleading or other paper or a notice of appearance. The attorney's office address, e-mail address, and telephone number must be included in the appearance.

(b) Duration of Appearance.

(1) An attorney's appearance continues until entry of:

(A) a final order or judgment disposing of all claims by or against the party the attorney represents, or

(B) a withdrawal or substitution order.

> (2) An attorney may withdraw or be substituted for only on order of the Court.

For the foregoing reasons, Plaintiff requests an order allowing substitution of counsel in this action. Specifically, Plaintiff requests an order from the Court that terminates former Assistant United States Attorney Catherine Morris' representation of Plaintiff and allows Assistant United States Attorney Adriana Dydell to substitute into the case as Plaintiff's counsel of record.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/Adriana Dydell
Adriana Dydell (CA 239516)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9125
Adriana.Dydell@usdoj.gov

Dated: September 8, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/Adriana Dydell
Adriana Dydell (CA 239516)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9125
Adriana.Dydell@usdoj.gov